# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 13, 2005

127007

JANE CAMPBELL WEST and
JOE ELDON WEST, JR.,
          Plaintiffs-Appellees,

v

FARM BUREAU GENERAL
INSURANCE COMPANY OF
MICHIGAN,
          Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 127007
COA: 251003
Charlevoix CC: 02-001558-CH

By order of April 26, 2005, the application for leave to appeal was held in abeyance pending the decision in *Rory v Continental Ins Co* (Docket No. 126747). On order of the Court, the opinion having been issued on July 28, 2005, 473 Mich 457 (2005), the application for leave to appeal the August 3, 2004 judgment of the Court of Appeals is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CORRIGAN and MARKMAN, JJ., would remand this case to the Court of Appeals for reconsideration in light of *Rory v Continental Insurance Co*, 473 Mich 457 (2005), and *Devillers v Auto Club Insurance Association*, 473 Mich 562 (2005).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 13, 2005

*Corbin R. Davis*
Clerk